United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Tamaroff, David F. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, January 12, 2021 |
| Re: | 01:21-CV-00027-LY / Doc # 5 / Filed On: 01/12/2021 11:15 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Your document is deficient as it is not in proper pleading format pursuant to FRCP 10 (to include  case style, case number and summary of the pleading) , and rule 11 (no signature/block). Please file your Amended document in FULL pleading format.