UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEDIA CHAIN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROKU, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00027-LY |

### PRE-*MARKMAN* SCHEDULING ORDER

On April 7, 2021, the parties appeared before the Court through counsel for the Initial Pretrial Conference and conferred about case management deadlines. The Court, having considered the recommendations of counsel, hereby ORDERS that the stay imposed by this Court's Order of March 24, 2021 (Doc. No. 24) is LIFTED for the proceedings specified in this Order, and further ORDERS the following Case Management Deadlines:

| Case Management Deadlines | Date |
|---|---|
| File Motion to Transfer | April 20, 2021 |
| Response in Opposition to Motion to Transfer | June 8, 2021 |
| Reply in Support of Motion to Transfer | June 21, 2021 |
| Disclosure: Claims / Infringement | June 21, 2021 |
| Disclosure: Invalidity Contentions | August 2, 2021 |
| Identify Claim Terms to be Construed | August 23, 2021 |
| Joint Claim Construction Statement | September 27, 2021 |
| Close of Claim Construction Discovery | December 1, 2021 |
| Opening Claim Construction Brief | December 10, 2021 |

| Reply Claim Construction Brief | January 11, 2022 |

IT IS FURTHER ORDERED that this case is set for a tutorial to the Court at 9:30 a.m., January 26, 2022, Courtroom 7, 7th Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the claim construction hearing is set immediately following the tutorial on January 26, 2022.

IT IS FURTHER ORDERED that no party shall engage in any discovery other than with respect to the claim construction proceedings and motion to transfer as described in this Order without further order of the Court, unless by agreement of the parties and approval of the Court.

SIGNED this _____ day of April, 2021.

                                                          HON. LEE YEAKEL
                                                        UNITED STATES DISTRICT JUDGE

Dated: April 16, 2021.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MORGAN & MORGAN, P.A.<br>Business Trial Group | WINSTON & STRAWN LLP |
| */s/ David Tamaroff*<br>David F. Tamaroff (Fla. Bar No. 92084)<br>703 Waterford Way, Suite 1000<br>Miami, Florida 33126<br>Tel: (305) 929-1900<br>Fax: (305) 929-1941<br>dtamaroff@forthepeople.com | */s/ Dustin Edwards*<br>Dustin J. Edwards (SBN 24042335)<br>800 Capital Street, Suite 2400<br>Houston, TX 77002<br>Tel. (713) 651-2600<br>Fax (713) 651-2700<br>dedwards@winston.com |
| *Counsel for Plaintiff Media Chain, LLC* | Michael A. Tomasulo (*pro hac vice*)<br>David K. Lin (*pro hac vice*)<br>Joe Netikosol (*pro hac vice*)<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Tel. (213) 615-1700<br>Fax (213) 615-1750<br>mtomasulo@winston.com<br>dlin@winston.com<br>jnetikosol@winston.com<br><br>Katherine Vidal (*pro hac vice*)<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>Tel. (650) 858-6500<br>Fax (650) 858-6550<br>kvidal@winston.com<br><br>*Counsel for Defendant Roku, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record using that system.

                                                                */s/ David Tamaroff*
                                                                David F. Tamaroff