IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEDIA CHAIN, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>ROKU, INC.,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§  Case No. 1:21-cv-00027<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Pending before the Court is the parties' Joint Stipulation Amending the Scheduling Order (Dkt. 30). Having fully considered the Stipulation, the Court hereby grants the Stipulation.

IT IS HEREBY ORDERED that Defendant's deadline to submit its reply in support of its Motion to Transfer (Dkt. 31) shall be extended from June 21, 2021 to June 23, 2021.

IT IS HEREBY ORDERED that Plaintiff's deadline to submit its Claims/ Infringement Disclosures shall be extended from June 21, 2021, to June 23, 2021.

SIGNED this 22nd day of June, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. LEE YEAKEL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE